| AO 10<br>Rev. 1/2008 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2008** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| **I. Person Reporting** (last name, first, middle initial)<br><br>DeGiusti, Timothy D. | **2. Court or Organization**<br><br>U.S. District Court, Okla.(W) | **3. Date of Report**<br><br>04/14/2009 |
|---|---|---|
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>**5b.** ☐ Amended Report | **6. Reporting Period**<br><br>01/01/2008<br>to<br>12/31/2008 |
| **7. Chambers or Office Address**<br><br>U. S. Courthouse<br>200 N. W. 4th Street<br>Oklahoma City, OK 73102 | **8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.**<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Officer | Luther Bohanon American Inn of Court |
| 2. Co-trustee | Trust #1A and Trust #1B (#1A and #B refer to separate accounts within the same Trust) |
| 3. Co-trustee | Trust #2 |
| 4. Member | Board of Directors, Oklahoma County Bar Association |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2007 | Holladay Chilton & DeGiusti PLLC termination agreement |
| 2. 2000 | Andrews Davis Legg Bixler Milsten & Price termination agreement |
| 3. | |

FINANCIAL DISCLOSURE 2009 APR 21 A 11: 0 RECEIVED FINANCIAL OFFICE

DeGiusti, Timothy D

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2008 | Holladay, Chilton & DeGiusti PLLC partner compensation | $5,051.15 |
| 2. 2008 | Andrews Davis Legg Bixler Milsten & Price termination payments | $726.33 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DeGiusti, Timothy D. | 04/14/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Don G. Holladay | Painting | $350.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. ▆▆▆▆ | Credit card | J |
| 2. ▆▆▆▆ | Credit card | J |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DeGiusti, Timothy D. | 04/14/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Rental Property, ▮▮▮▮▮▮ | D | Rent | M | W | | | | | |
| 2. ▮▮▮▮ accounts | A | Interest | J | T | | | | | |
| 3. ▮▮▮▮ | A | Interest | J | T | | | | | |
| 4. ▮▮▮▮▮▮▮ | A | Interest | J | T | | | | | |
| 5. Oklahoma College Savings Plan | | None | J | T | | | | | |
| 6. Oklahoma College Savings Plan | | None | J | T | | | | | |
| 7. ▮▮▮▮ IRA #1 | | | | | | | | | |
| 8. - Capital World Growth & Income Fund A - American Funds | A | Dividend | J | T | | | | | |
| 9. - Lord Abbett Affiliated Fund Cl B - Lord Abbett | A | Dividend | J | T | | | | | |
| 10. - APA Common Stock | A | Dividend | K | T | | | | | |
| 11. - EuroPacific Growth Fund Cl C - American Funds | A | Dividend | J | T | | | | | |
| 12. ▮▮▮▮ - IRA #2 | | | | | | | | | |
| 13. - Capital World Growth & Income Fund A- American Funds | A | Dividend | K | T | | | | | |
| 14. - Lord Abbett Affiliated Fund B - Lord Abbett | A | Dividend | J | T | | | | | |
| 15. - EuroPacific Growth Fund A - American Funds | A | Dividend | J | T | | | | | |
| 16. - New Perspective Fund A - American Funds | A | Dividend | J | T | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DeGiusti, Timothy D. | 04/14/2009 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   Trust #1A | | | | | | | | | |
| 19.   ▓▓▓▓ oney Market Investment Shares | A | Dividend | J | T | | | | | |
| 20.   Trust #1B | | | | | | | | | |
| 21.   ▓▓▓▓ Money Market Investment Shares | A | Dividend | J | T | | | | | |
| 22.   Trust #2 | | | | | | | | | |
| 23.   ▓▓▓▓ Money Market Investment Shares | A | Dividend | J | T | | | | | |
| 24.   - JP Morgan Chase & Co Global Bond | B | Interest | K | T | | | | | |
| 25.   - Grand River Dam Authority Rev Bond | A | Interest | J | T | | | | | |
| 26.   - BAC Common Stock | A | Dividend | | | Sold | 4/04 | J | A | |
| 27.   - CVX Common Stock | A | Dividend | J | T | | | | | |
| 28.   - KO Common Stock | A | Dividend | J | T | | | | | |
| 29.   - COP Common Stock | A | Dividend | J | T | | | | | |
| 30.   - DD Common Stock | A | Dividend | J | T | | | | | |
| 31.   - XOM Common Stock | A | Dividend | K | T | | | | | |
| 32.   - GE Common Stock | A | Dividend | J | T | | | | | |
| 33.   - PFE Common Stock | A | Dividend | J | T | | | | | |
| 34.   - PG Common Stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DeGiusti, Timothy D. | 04/14/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - American Balanced Fund A - American Funds | C | Dividend | | | Sold (part) | 09/25 | K | A | |
| 36. | | | | | Sold | 12/05 | L | A | |
| 37. - Capital World Growth & Income Fund A - American Funds | B | Dividend | | | Sold | 12/05 | L | A | |
| 38. - Investment Company of America Fund A - American Funds | C | Dividend | | | Sold | 12/05 | L | A | |
| 39. - Washington Mutual Fund A- American Funds | C | Dividend | | | Sold | 12/05 | L | A | |
| 40. - IBM Common Stock | A | Dividend | K | T | | | | | |
| 41. - PEP Common Stock | A | Dividend | J | T | | | | | |
| 42. - UNH Common Stock | A | Dividend | K | T | | | | | |
| 43. - WMT Common Stock | A | Dividend | K | T | | | | | |
| 44. - EuroPacific Growth Fund A - American Funds | B | Dividend | | | Sold | 12/05 | K | A | |
| 45. - Growth Fund of America Fund A - Amerian Funds | A | Dividend | | | Sold | 12/05 | K | A | |
| 46. - New Perspective Fund A - American Funds | B | Dividend | | | Sold | 12/05 | K | A | |
| 47. - CMCSA Common Stock | | None | J | T | | | | | |
| 48. - Cash Management Trust of America - American Funds | A | Dividend | N | T | Buy | 09/25 | K | | |
| 49. - Cash Management Trust of America - American Funds | A | Dividend | N | T | Buy | 12/25 | L | | |
| 50. - Cash Management Trust of America - American Funds | A | Dividend | N | T | Buy | 12/25 | L | | |
| 51. - Cash Management Trust of America - American Funds | A | Dividend | N | T | Buy | 12/25 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DeGiusti, Timothy D. | 04/14/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Cash Management Trust of America - American Funds | A | Dividend | N | T | Buy | 12/25 | L | | |
| 53. - Cash Management Trust of America - American Funds | A | Dividend | N | T | Buy | 12/25 | K | | |
| 54. - Cash Management Trust of America - American Funds | A | Dividend | N | T | Buy | 12/25 | K | | |
| 55. - Cash Management Trust of America- American Funds | A | Dividend | N | T | Buy | 12/25 | K | | |
| 56. | | | | | | | | | |
| 57. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DeGiusti, Timothy D. | 04/14/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544